DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEVIN WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-09-0263-FCD |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING, TO EXCLUDE TIME, |
| v. | ) ) | AND FOR A PRE-PLEA REPORT |
| BRYAN TILLIS, | ) ) | |
| Defendant. | ) ) | Judge: Frank C. Damrell, Jr. |
| _____ | ) | |

This case is currently scheduled for a status hearing on January 19, 2010. The parties are prepared to enter into a plea agreement, however, given Mr. Tillis' criminal history and the uncertainly as to whether he qualifies for career offender status, the parties agree that a pre-plea guidelines calculation in the case will benefit the parties in coming to an agreement. In addition, further time is needed for the government to provide additional discovery to the defense and for the defense to discuss the discovery with Mr. Tillis. The parties respectfully request that this Court order the Probation Office to produce a pre-plea guidelines calculation report in this case.

Mr. Tillis is in custody and is willing to waive time pursuant to the Speedy Trial Act in order for the pre-plea guidelines calculation report to be prepared.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 19, 2010, be continued until March 1, 2010. In addition, due to the need for defense counsel to prepare, the parties stipulate that the time period from January 19, 2010 to, and including, March 1, 2010, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4,

due to the need to provide defense counsel with the reasonable time to prepare Mr. White's defense.

The parties further agree that a pre-plea guidelines calculation report from the probation office will aid counsel in resolving the case.

DATED: January 6, 2010

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/Lexi Negin for Jason Hitt | /s/ Lexi Negin |
| JASON HITT | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Bryan Tillis |

IT IS SO ORDERED.

DATED: January 6, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE