DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN TILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-09-263 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| BRYAN TILLIS, | |
| Defendant. | |

This case is currently scheduled for a status hearing on March 1, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 1, 2010, be continued until April 12, 2010, at 10:00 a.m..  In addition, the parties stipulate that the time period from March 1, 2010, to April 12, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

1

1  DATED: February 26, 2010

3        Respectfully submitted,

5  LAWRENCE G. BROWN        DANIEL BRODERICK
   United States Attorney         Federal Defender

8  */s/ Lexi Negin for*          */s/ Lexi Negin*
   JASON HITT            LEXI NEGIN
   Assistant U.S. Attorney        Assistant Federal Defender
   Attorney for United States       Attorney for Bryan Tillis

11  **IT IS SO ORDERED.**

12  DATED: February 26, 2010

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE

2