IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-263 FCD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| BRYAN TILLIS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 7, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for May 10, 2010, be vacated and that the case be set for **Monday, July 19, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 7, 2010, stipulation, the time under the Speedy Trial Act is excluded from May 10, 2010, through July 19, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1