DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN TILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CASE NO. CR. S-09-263 FCD |
| ) | |
| Plaintiff,            ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v.            ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ) | |
| BRYAN TILLIS,            ) | |
| ) | |
| Defendant.            ) | |
| _____ ) | |

This case is currently scheduled for a status hearing on August 23, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Monday, August 23, 2010, be continued until **Tuesday, October 12, 2010, at 10:00 a.m.** In addition, the parties stipulate that the time period from August 23, 2010, to October 12, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

DATED: August 19, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| | |
| _/s/ Lexi Negin for_<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for United States | _/s/ Lexi Negin_<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Bryan Tillis |

**IT IS SO ORDERED.**

DATED:  August 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE