1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BRYAN TILLIS

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. CR. S-09-263 FCD
                                     )
12              Plaintiff,           )
                                     )   STIPULATION AND ORDER TO CONTINUE
13        v.                         )   STATUS HEARING AND TO EXCLUDE TIME
                                     )   PURSUANT TO THE SPEEDY TRIAL ACT
14                                   )
    BRYAN TILLIS,                    )
15                                   )
                Defendant.           )
16  _____)

17        This case is currently scheduled for a status hearing on October 12, 2010.  The attorneys for both

18  parties have conferred and agree that additional time is needed for defense preparation and meetings

19  between the parties with the goal being to resolve the case by way of a disposition.

20        The parties, through their respective counsel, hereby stipulate and agree that the status conference

21  scheduled in this case for Tuesday, October 12, 2010, be continued until **Monday, November 15, 2010, at**

22  **10:00 a.m.**  In addition, the parties stipulate that the time period from October 12, 2010, to November 15,

23  2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to

24  the need to provide defense counsel with the reasonable time to prepare.

25  ///

26  ///

27  ///

28                                      1

1    DATED: October 7, 2010

2
                        Respectfully submitted,
3

4    BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
     United States Attorney               Federal Defender
5

6
      _/s/ Lexi Negin for_                  _/s/ Lexi Negin_
7    JASON HITT                           LEXI NEGIN
     Assistant U.S. Attorney              Assistant Federal Defender
8    Attorney for United States          Attorney for Bryan Tillis

9

10            **IT IS SO ORDERED.**

11   Dated: October 7, 2010

12
                                         _____
13                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2