DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN TILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-09-263 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| BRYAN TILLIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on November 15, 2010.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Monday, November 15, 2010, be continued until **Monday, December 13, 2010, at 10:00 a.m.**  In addition, the parties stipulate that the time period from November 15, 2010, to December 13, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1 DATED: November 12, 2010

Respectfully submitted,

BENJAMIN B. WAGNER  DANIEL J. BRODERICK
United States Attorney  Federal Defender

 */s/ Lexi Negin for*   */s/ Lexi Negin*
JASON HITT  LEXI NEGIN
Assistant U.S. Attorney  Assistant Federal Defender
Attorney for United States  Attorney for Bryan Tillis

**IT IS SO ORDERED.**

DATED: November 12, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE