```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN TILLIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-0263 KJM |
| Plaintiff, ) | |
| v.  ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| BRYAN TILLIS, ) | |
| Defendant. ) | |

This case is currently scheduled for a status hearing on March 24, 2011.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for Thursday, March 24, 2011, be continued until **Thursday, March 31, 2011, at 10:00 a.m.**  In addition, the parties stipulate that the time period from March 24, 2011, to March 31, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 23, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Bryan Tillis |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 2:09-cr-0263 KJM |
| Plaintiff,    ) | |
| )  | |
| v.                                           ) | ORDER CONTINUING STATUS HEARING |
| )  | AND EXCLUDING TIME PURSUANT TO THE |
| )  | SPEEDY TRIAL ACT |
| BRYAN TILLIS,                          ) | |
| )  | |
| Defendant.  ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on March 23, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for March 24, 2011, be vacated and that the case be set for **Thursday, March 31, 2011, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 23, 2011, stipulation, the time under the Speedy Trial Act is excluded from March 24, 2011, through March 31, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

2