IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,  No. CR S-09-263 KJM

  vs.

BRYAN TILLIS,

    Defendant.  <u>ORDER</u>

_____/

       The court is in receipt of defendant's request to file his memorandum in aid of sentencing under seal. Upon review of the memorandum, it appears that defendant's request is overbroad, and that the concerns motivating the request can be addressed through redaction of portions of the memorandum. Counsel for defendant shall file a request for redaction as provided by Local Rule 140(b), or show cause with citation to relevant authority why redaction is insufficient, within seven (7) days of this order.

DATED: August 26, 2011.

_____
UNITED STATES DISTRICT JUDGE