DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, BAR #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRYAN TILLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-00263-KJM |
| Plaintiff, | ) ) ) | **ORDER TO SEAL DEFENDANT'S MEMORANDUM ADDRESSING COOPERATION** |
| v. | ) ) | |
| BRYAN TILLIS, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that defendant's August 29, 2011 request to seal is granted and that the documents and the request be filed under seal, permitting Assistant United States Attorney Jason Hitt and U.S. Probation Officer Lynda M. Moore access to these documents unless otherwise ordered by this Court at a later time.

Dated: August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE