HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRYAN TILLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN TILLIS<br><br>Defendant. | No. Cr. S 09-00263 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable KIMBERLY J. MUELLER |

Defendant, BRYAN TILLIS., by and through his attorney, Assistant Federal Defender Lexi Negin, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 25, 2011, this Court sentenced Mr. Tillis to a term of 112 months imprisonment, a mid-range guidelines sentence;

3. His total offense level was 27, his criminal history category was IV, and the resulting guideline range was 100 to 125 months;

4. The sentencing range applicable to Mr. Tillis was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Tillis' total offense level has been reduced from 27 to 25, and his amended guideline range is 84 to 105 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Tillis' term of imprisonment to 94 months, the mid-range of the amended guideline range.

Respectfully submitted,

Dated:  July 16, 2015

| BENJAMIN B. WAGNER | HEATHER E. WILLIAMS |
|---|---|
| United States Attorney | Federal Defender |
| /s/ Jason Hitt | /s/ *Lexi Negin* |
| Jason Hitt | Lexi Negin |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | BRYAN TILLIS |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Chavez is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 84-105 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2011 is reduced to a term of 94 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Tillis shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   July 16, 2015

_____
UNITED STATES DISTRICT JUDGE